# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 4, 2023

Lyle W. Cayce
Clerk

———————

No. 22-50999

———————

IN THE MATTER OF DOUGLAS KEVIN SMITH,

*Debtor*,

DOUGLAS KEVIN SMITH,

*Appellant*,

*versus*

ERIC TERRY,

*Appellee*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CV-1135

_____

Before CLEMENT, ELROD, and WILLETT, *Circuit Judges*.

PER CURIAM:[*]

After reviewing the parties' briefs and the record, we find no reversible error. We AFFIRM. *See* 5TH CIR. R. 47.6.

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.